Dermetric **PEARSON**, Plaintiff-Appellant,

v.

**CROPP-METCALFE, INC.,** Defendant-Appellee.

No. 17-1628

United States Court of Appeals, Fourth Circuit.

Submitted: September 26, 2017

Decided: September 29, 2017

Dermetric Pearson, Appellant Pro Se. Edward Lee Isler, Lori Hunt Turner, ISLER DARE, PC, Vienna, Virginia; Frank

Leo Kollman, KOLLMAN & SAUCIER, PA, Timonium, Maryland, for Appellee.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dermetric Pearson appeals the district court's order granting the Defendant's motion to dismiss his amended civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pearson v. Cropp-Metcalfe, Inc.*, No. 1:16-cv-01615-CMH-MSN (E.D. Va. filed May 5, 2017; entered May 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*